**Motion Denied and Order filed October 22, 2020.**



In The

# Fourteenth Court of Appeals

————————

NO. 14-20-00286-CR

————————

**DANIEL GLENN OSTRANDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 30th District Court
Wichita County, Texas
Trial Court Cause No. 56,171-A**

## ORDER

Appellant is represented by appointed counsel, Melvin K. Horany. Appellant's brief was originally due May 26, 2020**.** We have granted more than 90 days to file appellant's brief -- until September 30, 2020. No brief was filed and on September 30, 2020, counsel filed a further motion to extend time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the motion to extend time and issue the following order.

We order Melvin K. Horany to file a brief with the clerk of this court on or before October 30, 2020. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.